1  Nicole Lavallee (SBN 165755)
   Michael Dark (SBN 179083)
2  **BERMAN TABACCO**
   425 California Street, Suite 2300
3  San Francisco, CA 94104
   Telephone: (415) 433-3200
4  Facsimile: (415) 433-6382
   Email: nlavallee@bermantabacco.com
5         mdark@bermantabacco.com

6  *Counsel for Plaintiff Plymouth County Retirement Association*

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **OAKLAND DIVISION**

11

| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, REBECCA CHAMBERS, and NABEEL AHMED,<br><br>Defendants. | Case No. 4:24-cv-07267-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER VACATING DEADLINE TO RESPOND TO INITIAL COMPLAINT AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** **(as modified)** |
|---|---|

[No. 4:24-cv-07267-HSG] STIPULATION AND ORDER VACATING DEADLINE TO RESPOND TO
INITIAL COMPLAINT AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND
RELATED DEADLINES

1       WHEREAS, on October 18, 2024, Plaintiff Plymouth County Retirement Association ("Plymouth County") commenced the above-captioned action against Defendants Outset Medical, Inc., Leslie Trigg, Rebecca Chambers, and Nabeel Ahmed, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1, the "Initial Complaint");

      WHEREAS, on October 28, 2024, the Court issued an Order scheduling an Initial Case Management Conference for January 21, 2025 at 10:00 a.m., which prompted associated deadlines pursuant to the Federal Rules of Civil Procedure, the Civil Local Rules, and the Alternative Dispute Resolution Local Rules (see ECF No. 9);

      WHEREAS, on October 28, 2024, Defendants executed waivers of service, setting their deadline to respond to the Initial Complaint as December 23, 2024 (see ECF Nos. 10-13);

      WHEREAS, on August 29, 2024, Chris Porcelli filed a complaint in this District against Defendants Outset Medical, Inc., Leslie Trigg, and Nabeel Ahmed alleging similar claims, captioned *Porcelli v. Outset Medical, Inc., et al.,* Case No. 5:24-cv-06124-EJD (the "*Porcelli* Action");

      WHEREAS, the PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and motions for appointment as lead plaintiff and approval of lead counsel were to be filed in the *Porcelli* Action no later than October 28, 2024;

      WHEREAS, Plymouth County, along with additional movant Sheet Metal Workers' Pension Plan of Southern California, Nevada and Arizona ("SMW Pension Plan"), filed a motion to be appointed lead plaintiff and for approval of lead counsel as well as to relate and consolidate this action with the *Porcelli* Action (the "Motion"). The Motion is pending, and the hearing is set for December 19, 2024;

      WHEREAS, in light of the foregoing, the undersigned parties respectfully submit that, in the interest of judicial economy, good cause exists to find that Defendants should not be required to respond to a complaint in this case given the Motion pending in the *Porcelli* Action and to vacate the Initial Case Management Conference and related deadlines;

---

[No. 4:24-cv-07267-HSG] STIPULATION AND ORDER VACATING DEADLINE TO RESPOND TO INITIAL COMPLAINT AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES     1

1  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned,

2  subject to Court approval, as follows:

3      1.    Defendants need not respond to the Initial Complaint.

4      2.    The Initial Case Management Conference set for December 5, 2024 at 10:00

5  a.m., and all associated deadlines, are vacated.

6  Dated: November 13, 2024          **BERMAN TABACCO**

7            By:    */s/ Nicole Lavallee*
                Nicole Lavallee

8

9  Michael Dark
425 California Street, Suite 2300
San Francisco, CA 94104

10  Telephone: (415) 433-3200
Facsimile: (415) 433-6382

11  Email: nlavallee@bermantabacco.com
       mdark@bermantabacco.com

12

13  *Counsel for Plaintiff and the Proposed Class*

14  **SIDLEY AUSTIN LLP**

15  By:    */s/ Jaime A. Bartlett*
        Jaime A. Bartlett

16  Sara B. Brody
Sarah E. Gallo

17  555 California Street, Suite 2000
San Francisco, CA 94104

18  Telephone: (415) 772-1200
Email: jbartlett@sidley.com

19         sbrody@sidley.com
       sgallo@sidley.com

20

21  *Counsel for Defendants Outset Medical, Inc.,
Leslie Trigg, Rebecca Chambers, and
Nabeel Ahmed*

22

23  **E-FILING ATTESTATION**

24  I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this

25  document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jaime A. Bartlett

26  has concurred in this filing.

27            */s/ Nicole Lavallee*
          Nicole Lavallee

28

[No. 4:24-cv-07267-HSG] STIPULATION AND ORDER VACATING DEADLINE TO RESPOND TO INITIAL COMPLAINT AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES    2

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management Conference set for January 21, 2025 at 2:00 p.m., and all associated deadlines, are vacated.

2

3   DATED: 11/13/2024                    _____
                                          HONORABLE HAYWOOD S. GILLIAM, JR.
4                                         UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[No. 4:24-cv-07267-HSG] STIPULATION AND ORDER VACATING DEADLINE TO RESPOND TO INITIAL COMPLAINT AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES                                                                                 3